UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 17 AM 10: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| Plaintiff, ) | **'08 MJ 2185** |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| **Javier REYES-Cano,** ) | Title 8, U.S.C., Section 1326 |
| ) | Deported Alien Found in the |
| Defendant ) | United States |

The undersigned complainant, being duly sworn, states:

On or about **July 16, 2008** within the Southern District of California, defendant, **Javier REYES-Cano**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **JULY, 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Javier REYES-Cano

## PROBABLE CAUSE STATEMENT

On July 16, 2008, at approximately 7:00 a.m., Senior Border Patrol Agents J. Diaz and J. Vasquez from the El Cajon Station Abatement Team were performing assigned duties near Tecate, California in plain clothes and unmarked Service vehicles. At approximately 7:00 a.m., Agent Diaz observed a gray Chevrolet Cavalier enter a public parking lot located approximately half a mile north of the Tecate, California Port of Entry. Agent Diaz observed the driver later identified as Alan CALDERON-Hermosillo, park and remain inside the vehicle.

Agent Diaz continued to observe CALDERON in his unmarked vehicle. CALDERON remained in the parking lot until he received a phone call on his cellular phone. At approximately 7:30 a.m., Agent Diaz observed CALDERON exit the parking lot and turn west onto Mission Road. Agent Diaz positioned himself in an area where he could observe traffic coming out of Mission Road. A few moments later, Agent Diaz observed CALDERON traveling east on Mission Road and merging north onto Highway 188. Agent Diaz noticed that CALDERON now appeared to have a passenger sitting in the front passenger seat of the car. Agent Diaz requested via Service radio the assistance of Agent Vasquez who was also in the area in his unmarked Service vehicle. Both Agents began to follow CALDERON and noticed that the Chevrolet Cavalier now appeared to be heavily laden. Agent Diaz requested a marked Border Patrol vehicle to conduct a vehicle stop. Border Patrol Agent M. Johnson responded and initiated a vehicle stop on the eastbound lane of highway 94. CALDERON immediately pulled over to the side of the road and Agents Diaz, Vasquez and Johnson approached the vehicle and observed two individuals attempting to conceal themselves in the back seat. Subsequently, two more individuals were found concealed inside the trunk. The Agents identified themselves as United States Border Patrol Agents and questioned each subject individually as to their legal status in the United States. CALDERON stated that he was a Permanent Resident of the United States and presented his Permanent Resident Card. The other five subjects including one later identified as the defendant **Javier REYES-Cano** stated that they were citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. Subsequently, all subjects including **REYES** were placed under arrest and transported to the Tecate, California Processing Center for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 1, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

REYES was advised of his Miranda Rights and he was willing to make a statement without an attorney present. REYES stated that he is a citizen and national of Mexico illegally present in the United States. REYES stated that he entered the United States by jumping over the United States/Mexico International Border Fence west of Tecate, California.